190 So. 921

**Charlie ELLENBERG v. STATE.**

4 Div. 520.

Court of Appeals of Alabama.
June 6, 1939.

Harry Adams, of Enterprise, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

192 So. 913

**Hudson ELMORE v. STATE.**

4 Div. 538.

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

192 So. 913

**Miller EMERSON v. STATE.**

6 Div. 495.

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

196 So. 901

**Ed EMORY v. STATE.**

6 Div. 605.

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

199 So. 909

**Clarence ENGLEBERT v. STATE.**

6 Div. 557.

Court of Appeals of Alabama.
Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

193 So. 885

**Cliff (or Clyde) ESSLINGER v. CITY OF HUNTSVILLE.**

8 Div. 823.

Court of Appeals of Alabama.
Jan. 18, 1940.

PER CURIAM.
Appeal dismissed for want of prosecution.